```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

LYNETTE G. HARTMAN, ET AL.                  CIVIL ACTION

VERSUS                                      NO: 12-1238

IGNITE RESTAURANT GROUP, INC.,              SECTION: "J"(1)
ET AL.
```

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing on the motion. No timely memorandum in opposition has been submitted in response to Defendant CDR Destin Landry's, LLC's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Motion to Dismiss Based on Improper Venue **(Rec. Doc. 12)**, which is set for hearing on July 18, 2012. Accordingly, this motion is deemed to be unopposed. Further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Motion to Dismiss Based on Improper Venue **(Rec. Doc. 12)** is hereby **GRANTED.** Accordingly, all claims asserted herein by Plaintiffs Lynette G. Hartman and Michael Hartman against Defendant Defendant CDR Destin Landry's, LLC are hereby **DISMISSED,** without prejudice, and at Plaintiff's cost.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  See FED. R. CIV. P. 16.

New Orleans, Louisiana, this 13th day of July, 2012.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE